1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS GOMEZ, | ) Case No. CV 12-5580 RGK (JCG) |
| Petitioner, | ) **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |
| v. | ) |
| L.S. McEWEN, Warden, *et al*., | ) |
| Respondents. | ) |

18   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate
19 Judge's Report and Recommendation, and the remaining record.  No objections to the
20 Report and Recommendation have been filed.

21   Accordingly, IT IS ORDERED THAT:

22   1.   The Report and Recommendation is approved and accepted;

23   2.   Judgment be entered denying the Petition and dismissing this action with
24   prejudice; and

25   3.   The Clerk serve copies of this Order on the parties.

26   Additionally, for the reasons stated in the Report and Recommendation, the
27 Court finds that Petitioner has not made a substantial showing of the denial of a
28 constitutional right.  *See* 28 U.S.C. § 2253; Fed. R. App. P. 22(b); *Miller-El v.*

1   *Cockrell*, 537 U.S. 322, 336 (2003).  Thus, the Court declines to issue a certificate of

2   appealability.

3

4   DATED: March 19, 2014

5   _____

6                          HON. R. GARY KLAUSNER
7                      UNITED STATES DISTRICT JUDGE