# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>L.S. McEWEN, Warden, *et al.*,<br><br>　　　　　Respondents. | Case No. CV 12-5580 RGK (JCG)<br><br>**JUDGMENT** |

　　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 19, 2014

　　　　　　　　　　　　　　　　　　　*Gary Klausner*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE